UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

      **Plaintiff,**

  v.

**Antwayne Crumble,**

      **Defendant,**                       No.   13-cr-30086-DRH-1

==================================
**The Cheesecake Factory Restaurants, Inc.,**

      **Garnishee.**

## GARNISHEE ORDER

    A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on January, 2015, stating that at the time of the service of the Writ he had in his possession or under his control property in which the Defendant maintains an interest.

    On January 21, 2015, the Defendant was served with the garnishment and notified of her right to a hearing.

    Pursuant to an agreement of parties, **IT IS ORDERED** that Garnishee pay $50.00 per pay period from Defendant's wages. The garnishee is to continue said monthly payments until the debt to Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to Defendant or until further order of this Court.

Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.

The Plaintiff is to provide a copy of this Order to the Garnishee.

**IT IS SO ORDERED.**

Signed this 5th day of February, 2015.

Digitally signed by David R. Herndon
Date: 2015.02.05 14:05:16 -06'00'

**United States District Judge**

Entry of the foregoing order
is hereby consented to:

s/ *Antwayne Crumble*                         1/21/2015
ANTWAYNE CRUMBLE                        Date
Defendant

s/ *Gerald M. Burke*                           1/30/2015
GERALD M. BURKE                          Date
Assistant United States Attorney